# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02573-RPM

MODOC LASSEN INDIAN HOUSING AUTHORITY, the tribally designated housing entity for the Grindstone Indian Rancheria of Wintun-Wailaki Indians of California,

       Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
STEVEN PRESTON, Secretary of Housing and Urban Development,
PAULA O. BLUNT, Acting Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development,

       Defendants.
_____

**ORDER**
_____

Upon review of the Joint Motion for Stay of Proceedings [5] it is

ORDERED that this action is stayed pending the United States Court of Appeals for the Tenth Circuit's final decision in the pending case of *Fort Peck Housing Authority v. United States Department of Housing and Urban Development et al.*, Cross Appeal Case Nos. 06-1425 and 06-1447 (the "Appeal"). The parties shall inform the Court of a decision by the Tenth Circuit regarding the Appeal within 15 days of that decision.

Dated January 20th, 2009.

                               BY THE COURT

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior District Judge