IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02573-RPM

MODOC LASSEN INDIAN HOUSING AUTHORITY, the tribally designated housing entity for the Grindstone Indian Rancheria of Wintun-Wailaki Indians of California,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
SHAUN DONOVAN, Secretary of Housing and Urban Development,
DEBORAH A. HERNANDEZ, Acting Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Office of Public and Indian Housing, Department of Housing and Urban Development,

        Defendants.

---

ORDER REGARDING INCORPORATED MEMORANDUM OPINION AND ORDER

---

The Memorandum Opinion and Order filed August 31, 2012, in *Fort Peck Housing Authority v. HUD et al.*, Civil Action No. 05-cv-00018-RPM, is hereby incorporated as an order governing common issues in this action; it is

FURTHER ORDERED that a coordinated hearing will held at a time to be scheduled for the purpose of addressing procedures for determining issues remaining in this action. All counsel representing the parties must be personally present at the hearing.

DATED: August 31, 2012

                            BY THE COURT:

                            s/ Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge