# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02573-RPM

MODOC LASSEN INDIAN HOUSING AUTHORITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), SHAUN DONOVAN, Secretary of HUD, DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing, and GLENDA GREEN, Director, Office of Grants Management, National Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

_____

## ORDER
_____

The Court, having reviewed the Unopposed Motion by Plaintiff to Extend Deadline by Forty-Five Days to File the Statement of Relief Requested, for sufficient cause shown, hereby grants the Unopposed Motion. Therefore, Plaintiff shall file its Statement of Relief Requested on or before March 4, 2013 and Defendants shall file their response to Plaintiff's Statement of Relief Requested on or before May 6, 2013.

Dated: December 26th, 2012

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge