# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02573-RPM

MODOC LASSEN INDIAN HOUSING AUTHORITY,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), SHAUN DONOVAN, Secretary of HUD, DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing, and GLENDA GREEN, Director, Office of Grants Management, National Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

    Defendants.

## ORDER

The Court, having reviewed the Unopposed Motion by Plaintiff For Leave to File a Reply to Defendants' Response to Plaintiffs' Statement of Relief Requested and Motion to Supplement the Record, for sufficient cause shown, hereby grants the Unopposed Motion.

Accordingly, IT IS ORDERED, that the Plaintiff shall file its Reply Brief on or before September 3, 2013.

Dated:  August 1, 2013

                          BY THE COURT:

                          s/Richard P. Matsch

                          Richard P. Matsch, Senior District Judge